*John S. Chapman, Jr.,* and *James Morrow* for appellants.
*Joseph V. McKee* and *William T. Griffin* for respondent.

Judgment affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and MEDALIE, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* LOUIS LEVENTHAL, Appellant.

Argued January 21, 1946; decided March 7, 1946.

*Jacob W. Friedman* and *Walter R. Hart* for appellant.

*Miles F. McDonald, District Attorney (Solomon A. Klein* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ. MEDALIE; J., deceased.

TRADE ACCESSORIES, INC., Appellant, *v.* ROBERT BELLET et al., Respondents.

Argued January 23, 1946; decided March 7, 1946.